# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00492-CV

**Thomas Frank, Appellant**

**v.**

**Robin Frank, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-FM-07-002324, HONORABLE GUS J. STRAUSS JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellee filed a motion to dismiss the appeal, stating that the parties have settled their dispute through a meditated agreement. In response to this Court's inquiry, appellant filed a response stating that he no longer wished to pursue the appeal and agreed with appellee that the cause should be dismissed. We grant appellee's motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellee's Motion

Filed: July 9, 2008